IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. B-05-402-MJ |
| ANTONIO IBARRA IBANEZ | § | |

## ORDER ON MOTION TO SUBSTITUTE COUNSEL

BE IT REMEMBERED that, on this day came on to be heard the Unopposed Motion to Substitute Counsel of Defendant and the Court is of the opinion that said motion should be, in all things:

GRANTED / ~~DENIED~~

AND IT IS HEREBY ORDERED, ADJUDGED AND DECREED that attorney R. Bruce Tharpe shall be substituted in as counsel of record for Defendant in this cause for all purposes. Attorny Bruce Tharpe to pay $90 Instanter to Arturo McDonald for his time on the case.

SIGNED this 20th day of April, 2005.

JUDGE PRESIDING